(June 30, 1914.)

AUGUSTA STEHLE, Executrix, Appellant, v. B. FLAIG, Ex-Guardian, Respondent.

[141 Pac. 1196.]

ADMINISTRATION OF ESTATE—EXCEPTIONS TO FINAL ACCOUNT OF EX-GUARDIAN.

APPEAL from the District Court of the First Judicial District for Shoshone County. Hon. W. W. Woods, Judge.

Action by executrix on exceptions to final account of exguardian of the estate of an incompetent person. Plaintiff appeals. *Affirmed.*

James Hopkins and W. W. Bixby, for Appellant.

A. G. Kerns, for Respondent.

DUNN, District Judge.—In this case, while the record shows some irregularities in the acts of the respondent as guardian of the incompetent, Joseph Stehle, there is a total lack of evidence to sustain the charges of the appellant.

The judgment of the district court should be affirmed. Costs awarded in favor of respondent.

Ailshie, C. J., and Sullivan, J., concur.